IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 16-cv-00138-RM-CBS         Date: March 15, 2016
Courtroom Deputy: Amanda Montoya         FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

TAMMY HOLLAND,                            Samuel Gedge
                                          Paul Sherman

Plaintiff,

v.

WAYNE W. WILLIAMS,                        Christopher Jackson
                                          Matthew Grove

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 01:26 p.m.**
Court calls case. Appearances of counsel. Intervenor, Matthew Arnold, appears *pro se*.

**ORDERED:** *[13] Motion of Campaign Integrity Watchdog to Intervene As Interested Party And/Or Amicus* is **DENIED without prejudice.**

Discussion regarding proposed deadlines and how to proceed with this case.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled

**ORDERED:** Parties are allowed to pursue informal discovery. Parties are REQUIRED to serve written discovery by **March 31, 2016.**
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.

A Telephone Status Conference is set for **May 19, 2016 at 1:30 p.m. (Mountain Time)** to discuss what additional discovery can go forward. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the schedule time.

Further discussion regarding stipulations. The court suggests parties negotiate as many

stipulations as possible before the Telephone Status Conference.

Hearing concluded.

**Court in recess: 02:46 p.m.**
Total time in court:    01:20

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.