**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Case No. 16-cv-00138-RM-CBS

TAMMY HOLLAND,

    Plaintiff,

v.

WAYNE W. WILLIAMS, *in his official capacity as Colorado Secretary of State,*

    Defendant.

___

**ORDER**
___

Pending before the Court is the December 29, 2016 Report and Recommendation ("the R&R") of U.S. Magistrate Judge Craig B. Shaffer (ECF No. 63) to deny defendant Wayne W. Williams' motion to dismiss (ECF No. 17) and to deny Matthew Arnold's motion to intervene (ECF No. 27).

The R&R specifically advised the parties that written objections were due within 14 days after service. (ECF No. 63 at 18.) The Magistrate Judge warned the parties that failure to file timely objections would waive *de novo* review of the R&R. (*Id*.) With more than 14 days having passed since entry of the R&R, no objections have been filed.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72, Adv. Comm. Notes, subdivision (b) (1983); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.

1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

With this in mind, after consideration of the law, the record, the parties' pleadings, and the unopposed R&R, the Court finds that the Magistrate Judge's well-reasoned and thoughtful analysis and recommendations exhibit no clear error and ADOPTS the same as if fully incorporated herein by reference.

As a result, the Court ADOPTS the R&R (ECF No. 63) in FULL, and DENIES the motion to dismiss (ECF No. 17) and DENIES the motion to intervene (ECF No. 27).

**SO ORDERED.**

DATED this 27th day of March, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge